UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| THOMAS TEMPLE ALFORD, | Case No. 18-cv-00787-LB |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| STEPHEN CARLTON, et al., | Re: ECF Nos. 1, 2, 3 |
| Defendants. | |

Thomas Temple Alford, an inmate at Pelican Bay State Prison, filed this *pro se* civil action complaining that "elected officials" in Redding, California, refused to conduct DNA tests on forensic evidence apparently used in his criminal case. Redding is in Shasta County, which is within the venue of the Eastern District of California. The defendants apparently reside in Shasta County. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District of California and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter. The transferee court will rule on the motion for leave to proceed *in forma pauperis* and

ORDER – No. 18-cv-00787-LB

motion for DNA testing.

**IT IS SO ORDERED.**

Dated: February 23, 2018

_____

LAUREL BEELER
United States Magistrate Judge